CATHERINE M. CORFEE SBN 155064
CORFEE STONE & ASSOCIATES
P.O. Box 1098
Carmichael, CA 95609
Telephone: (916) 487-5441
Facsimile: (916) 487-5440
catherine@corfeestone.com
assistant@corfeestone.com

Attorneys for Defendant

No Name Bar, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SCOTT LISSBERGER,** | CASE NO. 4:18-cv-02297-KAW |
| Plaintiff, | **STIPULATION WITH [PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| v. | Complaint Filed: 04/17/2018<br>Current Response Date: 05/17/2018<br>New Response Date: ( ) |
| **NO NAME BAR, INC.** | |
| and Does 1-10 | District Judge: Kandis A. Westmore |
| Defendants. | |

# STIPULATION TO EXTEND TIME TO
# RESPOND TO INITIAL COMPLAINT

Plaintiff SCOTT LISSBERGER ("Plaintiff"), and Defendant NO NAME BAR, INC. (collectively "Defendant") jointly stipulate to extend the time for Defendants to respond to the initial complaint from 05-17-18 to 06-01-18.

Pursuant to Civil Local Rule 6-1(a), this extension will not alter the date of any event or any deadline already fixed by Court order.

Respectfully Submitted,

Dated: 05-15-18     Catherine M. Corfee

By: /s/Catherine M. Corfee
Attorney for Defendant

Dated: 05-15-18     VAUGHAN & ASSOCIATES

By: /s/Chris Vaughan
Chris Vaughan,
Attorneys for Plaintiff

## **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: 05-15-2018					By: /s/Catherine M. Corfee
							Attorneys for Defendant

**FOR GOOD CAUSE SHOWN, IT IS SO ORDERED**

That the last day for the Defendant to file an Answer to the Complaint is 06/01/2018 is hereby modified so Defendant's counsel has time to review the case is hereby extended to no later than June 01, 2018. The last dates under General Order 56 for the parties' Meet and confer and Notice for Mediation shall be modified accordingly.

DATE: 5/23/18

_Kandis Westmore_
United States Magistrate Judge

Case No. 18-02297-KAW  STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT